# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ANDREW WILLIAM ECKERD, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:17-cv-21 |
| | * | |
| v. | * | |
| | * | |
| THE GEORGIA DEPARTMENT OF | * | |
| CORRECTIONS; STATE OF GEORGIA; | * | |
| JENNIFER S. CANNON; JUDGE STEPHEN | * | |
| D. KELLEY; and BRUNSWICK CIRCUIT | * | |
| PUBLIC DEFENDER'S OFFICE, | * | |
| | * | |
| Defendants. | * | |

## ORDER

Presently before the Court are Plaintiff Andrew William Eckerd's ("Eckerd") Objections to the Magistrate Judge's Report and Recommendation dated July 11, 2017. Dkt. No. 25. In his Objections, Eckerd objects to the Magistrate Judge's Recommendation that this Court dismiss his Complaint for failure to follow the Court's Order to amend his Complaint and for failure to state a claim. Id. Eckerd asserts that he properly amended his Complaint, as ordered by the Court, and that all his claims are related. Id. at p. 2.

The Court **OVERRULES** Eckerd's Objections. A review of the

record reveals that the Magistrate Judge properly concluded that Eckerd did not amend his Complaint in accordance with the instructions contained in the Court's May 12, 2017, Order. Specifically, Eckerd did not limit his Complaint to facts arising from the same transaction, occurrence, or series of transactions or occurrences. Accordingly, after an independent and *de novo* review of the entire record, the Court **CONCURS** with and **ADOPTS** the Magistrate Judge's Report and Recommendation, dkt. no. 24, as the opinion of the Court, **DISMISSES** Eckerd's Complaint, and **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case. The Court **DENIES** Eckerd *in forma pauperis* status on appeal.

**SO ORDERED**, this 28 day of August, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)